UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PROGRESSIVE CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                              Case No. 1:13-cv-23758-UU

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
RIVERSIDE NATIONAL BANK OF
FLORIDA, RAY HORTON, ROBERT
McCARTHY, TIMOTHY McGUIRE,
CINDY ROBBINS, VERNON SMITH,
SUSAN SPROUL, STEVE STRICKLAND,
AND JOHN WILLIAMS,

    Defendants.
_____/

### PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Progressive Casualty Insurance Company ("Progressive") states that its parent corporation is Drive Insurance Holdings, Inc., which is a wholly-owned subsidiary of The Progressive Corporation, a publicly owned corporation.

- 2 -

Dated: October 22, 2013                                    Respectfully submitted,


                                                           /s/ Richard L. Allen
                                                           Richard L. Allen (Fla. Bar # 295485)
                                                           SOLOWSKY & ALLEN, P.L.
                                                           915 Miami Center
                                                           201 S. Biscayne Boulevard
                                                           Miami, Florida  33131
                                                           Telephone: (305) 371-2223
                                                           Facsimile:  (305) 373-2073
                                                           rallen@salawmiami.com

                                                           *Counsel for Plaintiff*
                                                           *Progressive Casualty Insurance Company*


OF COUNSEL:

LOSS, JUDGE & WARD, LLP
Lewis K. Loss (*pro hac vice* application to be submitted)
Matthew J. Dendinger (*pro hac vice* application to be submitted)
Charles W. Chotvacs (*pro hac vice* application to be submitted)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C.  20036
Telephone: (202) 778-4060
Facsimile:  (202) 778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com
cchotvacs@ljwllp.com