UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-23758-UU

PROGRESSIVE DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, *et al*,

    Defendants.

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing § 2.15.00 of the Court's Internal Operating Procedures), due to the lower-numbered case 13-cv-14151-DLG, and subject to the consent of the Honorable Donald L. Graham, it is

ORDERED AND ADJUDGED that the above numbered cause is transferred to the calendar of Judge Graham for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of October, 2013.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 13-cv-23758-DLG, thereby indicating the judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is accepted this 22 day of October, 2013.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE