UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PROGRESSIVE CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                      Case No. 1:13-cv-23758-DLG

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
RIVERSIDE NATIONAL BANK OF
FLORIDA, RAY HORTON, ROBERT
McCARTHY, TIMOTHY McGUIRE,
CINDY ROBBINS, VERNON SMITH,
SUSAN SPROUL, STEVE STRICKLAND,
AND JOHN WILLIAMS,

    Defendants.
_____/

## PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Progressive Casualty Insurance Company hereby dismisses without prejudice the above-captioned action against Defendants Federal Deposit Insurance Corporation as Receiver for Riverside National Bank of Florida, Ray Horton, Robert McCarthy, Timothy McGuire, Cindy Robbins, Vernon Smith, Susan Sproul, Steve Strickland, and John Williams, each party to bear its own fees and costs.

- 2 -

Dated: January 9, 2014                              Respectfully submitted,


  /s/ Richard L. Allen
Richard L. Allen (Fla. Bar # 295485)
SOLOWSKY & ALLEN, P.C.
915 Miami Center
201 S. Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 371-2223
Facsimile: (305) 373-2073
rallen@salawmiami.com

- and -

LOSS, JUDGE & WARD, LLP
Lewis K. Loss (admitted *pro hac vice*)
Matthew J. Dendinger (admitted *pro hac vice*)
Charles W. Chotvacs (admitted *pro hac vice*)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C.  20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
lloss@ljwllp.com
mdendinger@ljwllp.com
cchotvacs@ljwllp.com

*Counsel for Plaintiff*
*Progressive Casualty Insurance Company*