**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 13-23758-CIV-GRAHAM/GOODMAN

PROGRESSIVE CASUALTY INSURANCE
COMPANY,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Dismissal without Prejudice [D.E. 13].

**THE COURT** has considered the Notice, pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2014.

                                        s/ Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record